IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:01-cr-0306** |
| | : | **1:03-cr-0038** |
| **v.** | : | |
| **JOHN ARKON** | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

For the reasons stated in the accompanying memorandum of law, **IT IS HEREBY ORDERED** that the motion filed pursuant to 28 U.S.C. §2255 is **DENIED**. This court declines to issue a certificate of appealability as any appeal from this order will be deemed to be frivolous and not taken in good faith.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: May 10, 2017